IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION - TOLEDO

| | |
|---|---|
| NELDA SUE LUDWIG, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. 03: 08-CV-515 |
| NCO FINANCIAL SYSTEMS, INC., DAVID IMPERIAL, and JOHN DOES 1-2, | ) ) ) ) ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COMES the parties, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), HEREBY STIPULATED AND AGREE that the above captioned matter, having been fully compromised and settled, be dismissed with prejudice and with each party to bear its own costs.

Respectfully sub mitted,

| | |
|---|---|
| */s/ Scott C. Florin* | */s/ Emily W. Newman* |
| Scott C. Florin | Emily W. Newman (0077948) |
| Attorney for Plaintiff | Attorney for Defendant |
| LUFTMAN, HECK & ASSOCIATES | REMINGER CO., L.P.A. |
| 580 East Rich Street | 405 Madison Avenue |
| Columbus, Ohio 43215 | Suite 2300 |
| sflorin@lawlh.com | Toledo, Ohio 43604 |
| | (419) 254-1311 |
| | (419) 243-7830 |
| | enewman@reminger.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2008, a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Scott C. Florin
    LUFTMAN, HECK & ASSOCIATES, LLP
    580 East Rich Street
    Columbus, Ohio 43215

                                         */s/ Emily W. Newman*
                                         Emily W. Newman (0077948)